# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**KRAEMER, BURNS, MYTELKA, LOVELL & KULKA, P.A.**
675 Morris Avenue
Springfield, New Jersey 07081
(973) 912-8700

Attorneys for Defendant/Third-Party Plaintiff, USENIX Association
(including its former Special Technical Group, SAGE,
The System Administrators Guild)

| | |
|---|---|
| ASSOCIATION HEADQUARTERS, INC., | Honorable Noel L. Hillman, U.S.D.J. |
| | Civil Action No. 06-CV-4405 NLH |
| Plaintiff, | |
| vs. | |
| USENIX ASSOCIATION and SYSTEMS ADMINISTRATORS GUILD, a Special Technical Group of USENIX Association, | |
| Defendant, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| and | |
| USENIX Association, a Delaware Nonprofit Corporation (including its former Special Technical Group, SAGE, The System Administrators Guild), | |
| Third-Party Plaintiff/ Counterclaims Defendant, | |
| vs. | |
| The System Administrators Guild, a New Jersey Nonprofit Corporation. | |
| Third-Party Defendant/ Counterclaimant. | |

The matters in difference in the above entitled action having been amicably resolved by and among the parties to this action, it is hereby stipulated and agreed that all claims asserted by all parties be and are hereby dismissed with prejudice and without counsel fees or costs as to any party.

KRAEMER, BURNS, MYTELKA,
LOVELL & KULKA, P.A.
Attorneys for Defendant/Third-Party
Plaintiff, USENIX Association
(including its former Special Technical
Group, SAGE, The System Administrators
Guild)

By: _____
John A. Avery

K&L GATES LLP
Attorneys for Plaintiff,
Association Headquarters, Inc.

By: _____
Justin A. Greenblum

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Attorneys for Third-Party Defendant/Counterclaimant
The System Administrators Guild, a New Jersey
Nonprofit Corporation d/b/a The League of Professional
System Administrators (LOPSA)

By: _____
Israel J. Atkin

Dated: May 12 2009

So Ordered: Noel L. Hillman, USDJ
Dated: May 22, 2009